UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| OSHA HOPSON,<br>*on behalf of herself and those similarly situated,*<br>*Plaintiffs*,<br><br>v.<br><br>FMS FINANCIAL SOLUTIONS, LLC & JOHN DOES 1-10,<br><br>*Defendants.* | Civil Action No. 17-4341<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion; and for good cause shown,

IT IS on the 7th day of May, 2018,

**ORDERED** that Defendant's motion to dismiss (D.E. 8) is **GRANTED**; and it is further

**ORDERED** that the Complaint is **DISMISSED** with **PREJUDICE**; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

_____
John Michael Vazquez, U.S.D.J.